**FILED**

APR 03 2012

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   NV-11-1462 |
| LEGAL IGAMING, INC., | Bk. No.   11-12771 |
| Debtor. | |
| | (related to USDC appeal |
| MICHAEL SAUNDERS; JAMES BRADFORD; ALAN KAPLAN; JOHANNA HIROTA; AMBER BENSON; CARL COOMES, | no. 2:12-cv-00047) |
| Appellants, | |
| v. | **ORDER TRANSFERRING APPEAL TO THE UNITED STATES DISTRICT COURT** |
| LEGAL IGAMING, INC., | |
| Appellee. | |

Before:  KIRSCHER, JURY and PAPPAS, Bankruptcy Judges.

This appellate case file has been reviewed. This is an appeal from an order approving the sale of debtor's intellectual property. On January 6, 2012, appellants filed a notice of appeal from a bankruptcy court order denying their motion to set aside the sale order. Appellants filed a timely election for that appeal to proceed at the United States District Court. That appeal was given the district court case number 2:12-cv-00047. The issues in these appeals are closely related.

Under 9th Cir. BAP Rule 8001(e)-1(a),

> [t]he Panel may transfer an appeal to the district court to further the interests of justice, such as when a timely statement of election has been filed in a related appeal, or for any other reason the Panel deems appropriate.

It appears that this appeal (NV-11-1462) should be transferred to the district court to proceed with the related appeal (2:12-cv-00047). The Panel finds that it would be in the interests of justice for this appeal to proceed before the United States District Court.

Therefore, this appeal is hereby ORDERED TRANSFERRED to the United States District Court for the District of Nevada.

All filed documents are available on and may be downloaded from the BAP electronic docket at PACER (www.pacer.gov) except the Excerpts of the Record filed with the briefs which will be shipped to the U.S. District Court.