UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re<br><br>LEGAL iGAMING, INC.,<br>　　　　　　　　　Debtor,<br><br>EQUITY HOLDERS,<br>　　　　　　　　　Appellants,<br>　v.<br>LEGAL iGAMING, INC.,<br>　　　　　　　　　Appellee. | Case No. 2:12-cv-00047-MMD-GWF<br><br>ORDER |

Before the Court is Appellee Legal iGaming, Inc.'s application for a status check as to the disposition of its Motion to Dismiss (dkt. no. 5) pursuant to Local Rule 7-6(b). (Dkt. no. 22.) The Motion to Dismiss was filed on March 20, 2012, and was ripe and fully submitted to the Court on April 23, 2012. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court has several pending motions remaining from the period before March 31, 2012, and will be moving chronologically to motions pending through April 2012. The Motion to Dismiss does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 6th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE